In the Matter of AUBURN PROPERTIES, INC., et al., Appellants, against C. G. MEAKER COMPANY, INC., et al., Respondents.— Order affirmed, with costs. All concur. (Appeal from an order dismissing a proceeding to dispossess defendants from realty purchases by petitioners at a mortgage foreclosure.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

WILLIAM E. PATTERSON, Doing Business as WILLIAM PATTERSON & SON, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Special Term affirming a judgment of Buffalo City Court, for plaintiff in a railroad negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kim- and Wheeler, JJ.

HOWARD F. DE NISE, INC., Appellant, v. FRANK BUSHWOOD, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant dismissing plaintiff's complaint and for defendant on his counterclaim in an action for breach of contract. The order denies plaintiff's motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, ·Kimball and Wheeler, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW KASPASIAK, Alias ANDREW CASPER, Alias JOE BLANTON, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crimes of robbery, first degree, grand larceny, first degree, and assault, second degree.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.